UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

REBECCA BOTKIN                                          JURY TRIAL DEMANDED

v.                                                      CASE NO. 3:05CV

PHILLIPS & COHEN ASSOCIATES, LTD.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut. She is the widow of Larry K. Tatum.

4. Defendant is a debt collector within the FDCPA.

5. The defendant communicated with plaintiff in connection with collection efforts with regard to Larry Tatum's personal debt.

6. Defendant sent its initial letter dated July 8, 2005, to Larry Tatum, commiserating on his decease.

7. Plaintiff's attorney faxed a letter to defendant on July 9, 2005, requesting that all collection efforts on account # 4042619 cease, and requesting account information.

8. Thereafter, defendant sent another collection letter to Larry Tatum dated July 28, 2005, regarding account # 4042619, without providing the requested information.

First Count

9. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692c, -d, -e, –f. or –g.

Second Count.

10.   The allegations of the First Count are repeated and realleged as if fully set forth herein.

11. Defendant engaged in acts and practices as to plaintiff in violation of the Consumer Collection Agency Act, C.G.S. § 36a-800 *et seq.*

11. Defendant has thereby committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff  such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication;

2.   Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                THE PLAINTIFF

                BY____/s/ Joanne S. Faulkner___
                JOANNE S. FAULKNER ct04137
                123 Avon Street
                NEW HAVEN, CT 06511-2422
                (203) 772-0395
                j.faulkner@snet.net